### Davison's *Leſſee verſus* Bloomer.

A DEED, atteſted by two witneſſes, one of whom had married the Leſſor of the plaintiff, the other reſiding within the County and not produced, was offered in evidence, upon proof of the hand writing of the witneſſes.

*Hartly* objected, that it would be better evidence to prove the execution of the deed by the abſent witneſs, not intereſted; and, therefore, this ought not to be allowed.

*Yeates* contended, that if a witneſs is incapaciated either by his own act, or by the act of God, proof of the hand writing is ſufficient; as where a witneſs has been convicted of perjury.

By the Court.—There is a caſe in *Strange* where a party, who was a witneſs to a bond, afterwards became intereſted, and, although the proof of his hand writing was admitted, yet there muſt, likewiſe, have been proof that the other witneſs could not be found. The beſt evidence of which the caſe reaſonably admits has not been offered; and, therefore, we cannot allow the deed to be read on this occaſion.